FILED
CHARLOTTE, NC
APR 2 1 2021
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:21-cr- 105-MOC |
| ) | |
| v. ) | |
| ) | *UNDER SEAL* |
| BRANDY HICKMAN ) | |
| ) | |

## ORDER SEALING INDICTMENT, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office via email to Graham.Billings@usdoj.gov.

SO ORDERED this 20th day of April 2021.

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE